```
 1  WILLIAM A. VAN METER, ESQ.                    RECEIVED AND FILED
    Nevada State Bar No. 2803
 2  P. O. Box 6630                                 05 DEC 23  PM 2:48
    Reno, NV 89513
 3  Telephone: (775) 324-2500                      U.S. BANKRUPTCY COURT
                                                   PATRICIA GRAY, CLERK
 4  Chapter 13 Trustee
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| In re: | CASE NO. BK-N-04-53389 |
| CAROL TILTON, | Chapter 13 |
|  | **NOTICE OF UNCLAIMED FUNDS** |
|  | **PURSUANT TO RULE 3011** |
| Debtor(s). / |  |

TO:     CLERK, UNITED STATES BANKRUPTCY COURT

FROM:   WILLIAM A. VAN METER, CHAPTER 13 STANDING TRUSTEE

Pursuant to 11 U.S.C. §347 and Fed.R.Bankr.P3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28, Section 2042.

| Debtor Refund | Debtors Name and Address | CAS 10600 | CAS 61330 |
|---|---|---|---|
|  | Carol V. Tilton<br>29 Cabernet Parkway<br>Reno, NV 89512 | $ | $1276.00 |
|  | TOTALS | $ | $1276.00 |

Dated: 12/28/05

William A. Van Meter, Trustee

**Note:** Title 28, Chapter 129, Section 2042 allows for the withdrawal of dividends that have been deposited into the registry account. Make check payable to Clerk, U.S. Bankruptcy Court.

**Note:** Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 61330. The amounts that are to be deposited into the registry can be written on one check.

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bankr.P.9014, 7004 and Fed.Civ.P.4(g), I, Beatrice E. Meyers, hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on December 28, 2005 I served the NOTICE OF UNCLAIMED FUNDS PURSUANT TO RULE 3011, filed by William A. Van Meter, Trustee, by mailing a copy thereof by first class mail, postage prepaid to:

Carol V. Tilton
29 Cabernet Parkway
Reno, NV  89512

Kenneth Ward, Esq.
P.O. Box 2500
Fernley, NV  89408

Dated this 28th day of December, 2005.

_Beatrice E. Meyers_
Beatrice E. Meyers